UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 SEP 30  P 3: 33
U.S. DISTRICT COURT
HARTFORD, CT.

GRANITE STATE OUTDOOR
ADVERTISING INC.

v.                                    CASE NO.  3:01CV59 (DFM)

TOWN OF ORANGE,
MITCHELL R. GOLDBLATT, Ind. & as
First Selectman,
MICHAEL PAOLINI, Ind. & as
Chmn. Of Town Plan & Zoning Comm.,
PAUL DINICE, Ind. & as Zoning Admin.
& Enforcement Ofcr.

## JUDGMENT

This action having come on for consideration of the Defendant's Motion for Summary Judgment (doc.#64) and the Plaintiff's Motion for Partial Summary Judgment (doc.#67) before the Honorable Donna F. Martinez, United States Magistrate Judge, and

The Court having considered the full record of the case, including applicable principles of law, filed its Ruling and Order on September 30, 2004, granting the defendant's motion for summary judgment and denying the plaintiff's motion for partial summary judgment, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 30th day of September, 2004.

KEVIN F. ROWE, CLERK

By: _____
Robert K. Wood
Deputy Clerk

EOD_____